STEVEN R. ENOCHIAN, ESQ. (State Bar No. 61056); senochian@dndmlawyers.com
NICOLE M. REIDY, ESQ. (State Bar No. 255944) nreidy@dndmlawyers.com
DONNELLY NELSON DEPOLO & MURRAY
A Professional Corporation
201 North Civic Drive, Suite 239
Walnut Creek, CA  94596
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Plaintiff
JOSHUA MARISCAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MARISCAL,<br><br>         Plaintiff,<br><br>vs.<br><br>GRACO, INC. and Does 1 to 20, inclusive,<br><br>         Defendants. | Case No.  CV 13-02548 TEH<br><br>**NOTICE OF PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE IN LIEU OF LEAD COUNSEL; [~~PROPOSED~~] ORDER**<br><br>Date:  September 9, 2013<br>Time:  1:30 p.m.<br>Courtroom:    12<br><br>Complaint Filed: April 30, 2013<br>Trial:  None Assigned<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>**HONORABLE THELTON E. HENDERSON** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local rule 16-10, Nicole M. Reidy, Esq. of Donnelly Nelson Depolo & Murray requests permission to appear that the September 9, 2013 case management conference on behalf of Plaintiff Joshua Mariscal in lieu of lead counsel Steven R. Enochian, Esq. ("Lead Counsel").

Lead Counsel is unable to appear at the case management conference due to a pre-existing commitment.  Mr. Enochian will be attending depositions of the plaintiffs in another matter who are only in town on September 9, 2013.  These depositions were scheduled months ago around the

1  availability of these out-of-state plaintiffs.  Accordingly, Nicole Reidy requests that Lead Counsel be
2  excused from attending the case management conference and that Ms. Reidy be permitted to
3  appear on behalf of Plaintiff Joshua Mariscal in lieu of Lead Counsel.

5  Dated:  09/05/2013

6                                                    DONNELLY NELSON DEPOLO & MURRAY

                                                          /S/
8                              By: _____
9                                  NICOLE M. REIDY
                                   Attorneys for Plaintiff
10                                 Joshua Mariscal

### ORDER

**IT IS SO ORDERED**.  Lead Counsel Steven R. Enochian is excused from appearing at the September 9, 2013 case management conference.  Nicole Reidy may appear on behalf of Plaintiff Joshua Mariscal in lieu of Lead Counsel on the condition that Ms. Reidy shall be prepared to discuss all items referred to in the Order setting the case management conference and has authority to enter stipulations, to make admissions and to agree to further scheduling dates.

Dated:  09/05/2013



HON. _____ ENDERSON
UNITED STATES DISTRICT COURT JUDGE

Judge Thelton E. Henderson

*(left margin)* DONNELLY NELSON DEPOLO & MURRAY — A Professional Corporation