AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

JOSHUA MARISCAL

Plaintiff(s),

V.

GRACO, INC. and Does 1 to 20, inclusive

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 13-02548 TEH

Notice is hereby given that, subject to approval by the court, __Plaintiff Joshua Mariscal__ substitutes
(Party(s) Name)

__Steven R. Enochian, Esq.__, State Bar No. __61056__ as counsel of record in
(Name of New Attorney)

place of __Donnelly Nelson Depolo & Murray, 201 N. Civic Dr., Suite 239, Walnut Creek, CA 94596__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Low McKinley Baleria & Salenko, LLP
    Address: 2175 N. California Blvd., Suite 500, Walnut Creek, CA 94596
    Telephone: (925) 627-3500     Facsimile (925) 482-3384
    E-Mail (Optional):

I consent to the above substitution.
Date: 3/12/14

_(Signature of Party(s))_

I consent to being substituted.
Date: 3/12/14

_(Signature of Former Attorney(s))_

I consent to the above substitution.
Date: 3/13/14

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 03/17/2014

_Judge Thelton E. Henderson_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]