UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA MARISCAL,

        Plaintiff,

  v.

GRACO, INC.,

        Defendant.

Case No. 13-cv-02548-TEH

**ORDER VACATING TRIAL**

The trial in the above-captioned case, previously set for August 5, 2014, is VACATED. A scheduling order resetting the trial date shall be forthcoming.

**IT IS SO ORDERED.**

Dated: 07/31/14                        _____
THELTON E. HENDERSON
United States District Judge