UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA MARISCAL,

    Plaintiff,

v.

GRACO, INC.,

    Defendant.

Case No. 13-cv-02548-TEH

**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**

On July 31, 2014, the Court vacated the scheduled trial in this case. No later than **August 18, 2014**, the parties shall submit a supplemental statement to the Court proposing trial dates in October 2014. The parties shall appear by telephone to discuss trial setting on **August 25, 2014**, at 1:30 PM.

**IT IS SO ORDERED.**

Dated: 8/13/14

_____
THELTON E. HENDERSON
United States District Judge