1  STEVEN R. ENOCHIAN, Bar No. 61056
   CHRISTINA M. LOCHER, Bar No. 304787
2  LOW McKINLEY BALERIA & SALENKO, LLP
   2175 N. California Blvd., Suite 500
3  Walnut Creek, CA 94596
   Telephone: (925) 627-3500
4  Facsimile: (925) 482-3384

5  Attorneys for Plaintiff JOSHUA MARISCAL

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10

11 JOSHUA MARISCAL,                ) Case No.: CV 13-02548 TEH
                                   )
12        Plaintiff,               )
                                   ) [~~PROPOSED~~] ORDER PERMITTING
13     vs.                         ) ENTRY OF EQUIPMENT AND THINGS
                                   ) AT TRIAL
14 GRACO, INC.,                    )
                                   ) Trial Date: January 26, 2016
15        Defendant.               ) Time: 9:00 a.m.
                                   ) Place: Courtroom 2, 17th Floor
16                                 ) Before: The Honorable Thelton E.
                                   ) Henderson
17                                 )

18     The parties are permitted to bring the following to the premises at 450 Golden Gate

19 Avenue, and the above courtroom, commencing Tuesday, January 26, 2016:

20     1.    Projector screen, approximately 10' x 10';

21     2.    Projector and related electrical equipment (e.g., extension cords, tape);

22     3.    Laptop computer(s);

23     4.    Card or folding table to serve as projector stand;

24

25

5. Graco Magnum X7 Airless Paint Sprayer, including in-box items shipped with sprayer (hose, paint tip, manuals, etc.);

6. Bucket;

7. ELMO projector;

8. Pad (cardboard, cloth, etc.); and

9. Accident subject airless paint sprayer.

IT IS SO ORDERED.

Dated: _____01/14_____, 2016

                                         Thelton E. Henderson
Judge of the U.S. District Court, Northern District of California